IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA NEWSOM                                                                                    PLAINTIFF

v.                                    Case No. 4:10-cv-1563-DPM

HARTFORD LIFE INSURANCE
COMPANY, HARTFORD LIFE
& ACCIDENT INSURANCE
COMPANY, and WAL-MART
STORES, INC.                                                                                      DEFENDANTS

JUDGMENT

Sheila Newsom's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
Untied States District Judge

14 April 2011